

**ORDERED in the Southern District of Florida on July 21, 2014.**

_A. Jay Cristol_
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                           Case No. 13-36204-BKC-AJC

**RAMON ORTEGA,**                                                 Chapter 7

     Debtor.
_____/

### ORDER APPROVING MOTION TO COMPROMISE CONTROVERSY

**THIS CAUSE** came before the Court on Barry E. Mukamal, Trustee's Joint Motion to Compromise Controversy ("Motion") (ECF #49), and this Court having reviewed the Motion and the Certificate of No Response, finding that the notice is sufficient to comply with Bankruptcy Rules 9019 and 2002(a)(3), Local Rule 9013-1 (D), and any other applicable notice requirement, it is

**ORDERED** that said Motion is **GRANTED**.

1. The Debtor, Ramon Ortega, shall pay to the Trustee the total sum of $3,008.04 ("Settlement Amount"), for full and final settlement of the estate's interest in the scheduled personal property.

2. The Trustee acknowledges receipt in full of the Settlement Amount.

3. The Court incorporates all of the terms of the Joint Motion to Compromise Controversy

and retains jurisdiction to enforce the terms therein.

###

Submitted By:
Barry E. Mukamal, Trustee
One SE Third Avenue, Box 158
Miami, FL 33131
Telephone: (786) 517-5760

Copies furnished to:
Barry E. Mukamal, Trustee

Trustee Mukamal is instructed to serve this Order on all interested parties and file a Certificate of Service.