CGFD28 (9/19/08)



ORDERED in the Southern District of Florida on August 14, 2015

*A. Jay Cristol*
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13–36204–AJC
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ramon Ortega
11522 SW 168th Terrace
Miami, FL 33157–3952

SSN: xxx–xx–3322

## FINAL DECREE

The trustee, Barry E Mukamal, having filed a final report that the estate has been fully administered, is discharged and the case is closed.